No. 104. MONTANA EX REL. BOARD OF COUNTY COMMISSIONERS v. BRUCE, COUNTY ASSESSOR, ET AL. Argued December 6, 7, 1938. Decided January 9, 1939. *Per Curiam:* The judgment of the Supreme Court of Montana is affirmed by an equally divided Court. *Messrs. Edwin S. Booth, Jr.* and *Edwin S. Booth, Sr.* for petitioner. *Messrs. John M. Kline* and *Enor K. Matson,* with

578

whom *Messrs. Harrison J. Freebourn,* Attorney General of Montana, *Thomas Dignan, E. G. Toomey,* and *R. S. McKellar* were on the brief, for respondents. *Mr. Warner W. Gardner,* with whom *Solicitor General Jackson* and *Mr. Oscar Provost* were on the brief, for the United States, as *amicus curiae,* by special leave of Court.